## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:20-cv-07886-DSF-AFM                    Date: July 7, 2021

Title    Douglas Cameron Aziz v. Commissioner of Social Security

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

Pursuant to the Court's Order Re: Procedures in Social Security Appeal, Plaintiff's Memorandum in Support of Complaint was due 35 days after the filing of the Answer and Certified Administrative Record. (ECF No. 4.)  The Answer and Administrative Record were filed and served on May 20, 2021.  (ECF Nos. 12, 13.)  The docket sheet shows that, as late as the date of this Order, plaintiff has not filed the Memorandum in Support of Plaintiff's Complaint.  Plaintiff has failed to comply with the Court's Order.

Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed.  The filing of Plaintiff's Memorandum in Support of Complaint within 20 days shall discharge the order to show cause and all other deadlines required by the Case Management Order will be extended accordingly.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |